## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-05419-SVW | Date | August 17, 2021 |
|---|---|---|---|
| Title | *Shalondous Heard v. Skanska-Traylor-Shea, a Joint Venture* | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    ORDER GRANTING [16] MOTION TO REMAND.

Before the Court is Plaintiff's motion to remand.  Dkt. 16.  The parties agree that continued jurisdiction over this matter lies within this Court's discretion.  *See* Opp. at 5 ("[T]he Court is now vested with the discretion to either keep the case or remand it pursuant to the supplemental-jurisdiction statute."); Reply at 1.

Given that this case is at an early stage, the Court declines to exercise supplemental jurisdiction. *See Parra v. PacifiCare of Arizona, Inc.*, 715 F.3d 1146, 1156 (9th Cir. 2013) (no abuse of discretion in declining supplemental jurisdiction where only claims creating original jurisdiction were dismissed "at an early stage of the litigation").

Accordingly, Plaintiff's motion to remand is GRANTED.   The case is remanded to Los Angeles Superior Court.

**IT IS SO ORDERED.**

Initials of Preparer        :

PMC